PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

2009 JUL 17  A 9: 52

U.S.A. vs. **Robinson Bordamonte**                      Docket No. **09-CR-00501-SRC-1**

### Petition for Action on Conditions of Pretrial Release

   COMES NOW **Daniel Milne** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Robinson Bordamonte**, who was placed under pretrial release supervision by the **Honorable Michael A. Shipp, United States Magistrate Judge** sitting in the Court at Newark, on April 1, 2009, under the following conditions: $200,000 bond secured by his parent's property located at 75 6th Avenue, Passaic, New Jersey and the following conditions:

1. Pretrial Services supervision
2. Travel restricted to New Jersey or as approved by Pretrial Services
3. Maintain residence as approved by Pretrial Services
4. Surrender passport and do not apply for any travel documents
5. The defendant's parents to act as third party custodians

On July 16, 2009, the defendant's bail was modified by the Honorable Stanley R. Chesler, United States District Judge, to include the following condition: The defendant shall not have any contact with witnesses nor co-defendants without attorney present.

   Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER mental health counseling as directed by Pretrial Services.

ORDER OF COURT

Considered and ordered this _16_ day of _July_ _2009_ and ordered filed and made a part of the records in the above case.

_____
Hon. Stanley R. Chesler
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7/16/09_

_____
Daniel Milne
U.S. Pretrial Services Officer

# Do Not File in CM-ECF

Note: The following information is presented to the Court for consideration to modify conditions of release. It may contain confidential information that is protected by Title 18 USC 3153(c)(1). It should not be distributed to third parties or be placed into the electronic case filing system.

### ADDENDUM TO PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

***Respectfully presenting petition for action of Court and for cause as follows:*** The defendant reported to Pretrial Services that he would benefit with mental health counseling due to the stress and anxiety associated with the present offense.

Pretrial Services contacted defense counsel, Raymond Flood and Assistant United States Attorney, Leslie Schwartz, both of whom consent to this bail modification.